UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY MARES** | * | **NO.** |
| | * | |
| **VERSUS** | * | **SECTION** " " |
| | * | |
| **WAL-MART LOUISIANA, L.L.C.** | * | **MAGISTRATE** " " |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>COMPLAINT</u>

The complaint of MARY MARES alleges upon information and belief as follows:

1.

Plaintiff, MARY MARES, is a resident of the State of Louisiana.

2.

Made defendant herein is WAL-MART LOUISIANA, L.L.C.( hereinafter referred to as Wal-Mart), a foreign corporation authorized to do and doing business within this Parish and State.

3.

The amount in controversy in this case exceeds $75,000, exclusive of interests and costs.

4.

Jurisdiction exists by virtue of diversity of citizenship, 28 U.S.C. § 1332(a).

5

On February 25, 2012, MARY MARES was shopping at the Wal-Mart store # 1342 in Kenner, Louisiana, situated on West Esplanade Avenue, when she was injured by the negligent acts of a Wal-Mart employee.

6.

On February 25, 2012, MARY MARES was a customer at the Wal-Mart store in Kenner, Louisiana, when she suffered a serious injury caused by a dangerous condition created by the negligence of defendant owner/operator of the business which exposed plaintiff to an unnecessary risk of injury. Plaintiff was asked by a Wal-Mart employee to assist him in loading a just-purchased futon into the Plaintiff's vehicle. While maneuvering the futon, the employee pushed the futon and the plaintiff into a pallet jack that the Wal-Mart employee had left too close to the vehicle, causing Plaintiff to fall over and become injured.

7.

Based upon the foregoing, defendant Wal-Mart, is negligent.

8.

As a result of the negligence of the defendant, plaintiff has sustained injuries and losses for which she claims damages from defendant, to-wit:

a.      Past and future medical expenses...........................$150,000

b.      Past and future lost wages and/or loss of
        earning capacity........................................................$250,000

c.      Past and future physical pain and suffering ............$250,000

d.      Past and future mental anguish, emotional
        distress, disfigurement, disability and scarring......  $250,000

        **Total** ....................................................................**$900,000**

9.

Plaintiff is entitled to and demands a trial by jury with regard to all issues.

   **WHEREFORE**, Plaintiff prays that the defendant be cited and served with a copy of this complaint

compelling it to appear and answer same, and that after all due proceedings had herein that there be

judgment in favor of plaintiff and against defendant, for all relief itemized above, together with all

costs of these proceedings, interest from the date of judicial demand and any and all other relief

which may be available under the circumstances.

                              Respectfully submitted,

                              ____/s/ Laurence Cohen_____
                              LAURENCE COHEN, T.A. (1304)
                              LAURENCE COHEN, ATTORNEY at LAW
                              702 N. Carrollton Avenue
                              New Orleans, LA 70119
                              Telephone: 504-284-3800
                              Telecopier: 504-482-6988

                              -

**PLEASE SERVE:**

WAL-MART LOUISIANA, L.L.C.,
through its registered agent for service of process,
C T Corporation