UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY MARES | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. 2:12-cv-02616-"L"(4) |
| WAL-MART LOUISIANA, L.L.C. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

**IT IS ORDERED,** that the above entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this <u>19th</u> day of <u>  September  </u>, 2013.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE